IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DURAN D. DEWITT,

    Plaintiff,               No. CIV S-09-0880 DAD P

    vs.

SACRAMENTO POLICE DEPARTMENT, et al.,

    Defendants.      ORDER

                                /

        Plaintiff, currently confined at the Rio Cosumnes Correctional Center ("RCCC"), is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Although plaintiff has filed an application to proceed in forma pauperis, plaintiff's application does not include a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint in this action or an RCCC official's certification.  See 28 U.S.C. § 1915(a)(2).  Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

/////

1        2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint in this action and an RCCC official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

        3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: September 4, 2009.

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:9
dewi0880.3e